UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY GARCIA,  No. 07-05469 (JCS)

        Plaintiff(s),  **ORDER SETTING FORTH BRIEFING SCHEDULE**

    v.  **[Social Security Appeal]**

MICHAEL J. ASTRUE

        Defendant(s).

_____/

    The above-entitled matter having been reassigned to Magistrate Judge Joseph C. Spero, to conduct all further proceedings and to order the entry of a final judgment upon the consent of all parties in the case. Consent to the jurisdiction of the magistrate judge was filed by the plaintiff, and the defendant on January 31, 2008.

    Pursuant to Civil L.R. 16-5, IT IS HEREBY ORDERED THAT the parties shall adhere to the Social Security Procedural Order issued on October 26, 2007.

    IT IS SO ORDERED.

Dated: February 6, 2008

                                                  _____
                                                  JOSEPH C. SPERO
                                                  United States Magistrate Judge

United States District Court
For the Northern District of California