United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY GARCIA,                                              No. C-07-05469 JCS

        Plaintiff,                                    **FINAL JUDGMENT**

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

      On September 4, 2008, the Court granted Plaintiff's summary judgment motion, denied

Defendant's summary judgment motion and ordered remand of this case to Defendant Commissioner

under sentence four of 42 U.S.C. Section 405(g) for determination and award of benefits.

**JUDGMENT IS THEREFORE ENTERED IN FAVOR OF PLAINTIFF**, pursuant to Rule 58 of

the Federal Rules of Civil Procedure.

      IT IS SO ORDERED.

Dated: September 4, 2008

                                _____
                                JOSEPH C. SPERO
                                United States Magistrate Judge