CASREF, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05469-JCS
## Internal Use Only

| | |
|---|---|
| Garcia v. Astrue | Date Filed: 10/26/2007 |
| Assigned to: Magistrate Judge Joseph C. Spero | Date Terminated: 09/04/2008 |
| Cause: 42:405 Review of HHS Decision (DIWC) | Jury Demand: None |
| | Nature of Suit: 863 Social Security: DIWC/DIWW |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Mary Garcia**  represented by  **Tom F. Weathered**
Law Office of Tom Weathered
999 16th Street, #7
San Francisco , CA 94107-2468
(415)865-0399
Email: tweathered@covad.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael J. Astrue**  represented by  **Peter Thompson**
*Commissioner, Social Security Administration*
Special Assistant U.S. Attorney
333 Market St., Ste. 1500
San Francisco , CA 94105
415-977-8956
Fax: 415-744-0134
Email: peter.thompson@ssa.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2007 | 1 | COMPLAINT FOR JUDICIAL REVIEW OF DECISION OF COMMISSIONER OF SOCIAL SECURITY against Michael J. Astrue ( Filing fee $ 350.00, receipt number 34611011846.). Filed byMary Garcia. (aaa, Court Staff) (Filed on 10/26/2007) Additional attachment(s) added on 11/9/2007 (aaa, Court Staff). (Entered: 10/29/2007) |
| | | |

| | | |
|---|---|---|
| 10/26/2007 | | Summons Issued as to Michael J. Astrue. *Commissioner of Social Security* (aaa, Court Staff) (Filed on 10/26/2007) (Entered: 10/29/2007) |
| 10/26/2007 | | Summons Issued as to *Attorney General of the United States U.S. Department of Justice* (aaa, Court Staff) (Filed on 10/26/2007) (Entered: 10/29/2007) |
| 10/26/2007 | | Summons Issued as to *United States Attorney's Office* (aaa, Court Staff) (Filed on 10/26/2007) (Entered: 10/29/2007) |
| 10/26/2007 | 2 | SOCIAL SECURITY PROCEDURAL ORDER: Signed by Richard W. Wieking, Clerk of the Court on 10/26/07. (aaa, Court Staff) (Filed on 10/26/2007) (Entered: 10/29/2007) |
| 10/26/2007 | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 10/26/2007) (Entered: 10/29/2007) |
| 11/06/2007 | 3 | CLERK'S NOTICE to Plaintiff(s) Attorney(s) by e-mail or U.S. mail re: Failure to E-File/E-Mail Complaint and/or Failure to Register as an E-Filer (aaa, Court Staff) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/16/2007 | 4 | SUMMONS Returned Executed by Mary Garcia. Michael J. Astrue served on 11/6/2007, answer due 1/5/2008. (Weathered, Tom) (Filed on 11/16/2007) (Entered: 11/16/2007) |
| 11/16/2007 | 5 | SUMMONS Returned Executed by Mary Garcia. *(US Attorney, ND CA)* (Weathered, Tom) (Filed on 11/16/2007) (Entered: 11/16/2007) |
| 11/16/2007 | 6 | SUMMONS Returned Executed by Mary Garcia. *(Attorney General of U.S.)* (Weathered, Tom) (Filed on 11/16/2007) (Entered: 11/16/2007) |
| 11/19/2007 | 7 | NOTICE of Appearance by Peter Thompson (Thompson, Peter) (Filed on 11/19/2007) (Entered: 11/19/2007) |
| 01/28/2008 | 8 | *Defendant's* ANSWER to Complaint byMichael J. Astrue. (Thompson, Peter) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 01/28/2008 | 9 | NOTICE by Michael J. Astrue **Notice of Manual Filing** of Social Security Transcript (Thompson, Peter) (Filed on 1/28/2008) Modified on 1/29/2008 (aaa, Court Staff). (Entered: 01/28/2008) |
| 01/28/2008 | 11 | ADMINISTRATIVE TRANSCRIPT by Michael J. Astrue re 9 Notice of Manual Filing (aaa, Court Staff) (Filed on 1/28/2008) (Entered: 01/29/2008) |
| 01/29/2008 | 10 | ORDER Directing Parties to Inform Court Whether They Consent to Magistrate Judge for All Purposes. Signed by Judge Maxine M. Chesney on January 29, 2008. (Attachments: # 1 Consent Form) (mmclc2, COURT STAFF) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 01/31/2008 | 12 | CONSENT to Proceed Before a US Magistrate Judge by Michael J. Astrue.. (Thompson, Peter) (Filed on 1/31/2008) (Entered: 01/31/2008) |
| 01/31/2008 | 13 | CONSENT to Proceed Before a US Magistrate Judge by Mary Garcia.. (Weathered, Tom) (Filed on 1/31/2008) (Entered: 01/31/2008) |
| | | |

| | | |
|---|---|---|
| 02/01/2008 | 14 | ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT. Signed by Judge Maxine M. Chesney on February 1, 2008. (mmclc2, COURT STAFF) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/04/2008 | 15 | ORDER REASSIGNING CASE. Case reassigned to Judge Magistrate Judge Joseph C. Spero for all further proceedings. Judge Hon. Maxine M. Chesney no longer assigned to the case. Signed by Executive Committee on 2/4/08. (ha, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/07/2008 | 16 | ORDER SETTING FORTH BRIEFING SCHEDULE [Social Security Appeal]. Signed by Judge Joseph C. Spero on 02/06/08. (klh, COURT STAFF) (Filed on 2/7/2008) (Entered: 02/07/2008) |
| 02/22/2008 | 17 | MOTION for Summary Judgment *Local Rule 16-1, no hearing* filed by Mary Garcia. Motion Hearing set for 4/22/2008 09:00 AM in Courtroom C, 15th Floor, San Francisco. (Weathered, Tom) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 03/24/2008 | 18 | Cross MOTION for Summary Judgment *AND MEMORANDUM IN SUPPORT OF DEFENDANTS CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT* filed by Michael J. Astrue. (Thompson, Peter) (Filed on 3/24/2008) (Entered: 03/24/2008) |
| 04/07/2008 | 19 | Reply Memorandum filed byMary Garcia. (Weathered, Tom) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 09/04/2008 | 20 | ORDER by Judge Joseph C. Spero granting 17 Plaintiff's Motion for Summary Judgment; denying 18 Defendant's Cross-Motion for Summary Judgment (jcslc1, COURT STAFF) (Filed on 9/4/2008) (Entered: 09/04/2008) |
| 09/04/2008 | 21 | JUDGMENT. Signed by Judge Joseph C. Spero on September 4, 2008. (jcslc1, COURT STAFF) (Filed on 9/4/2008) (Entered: 09/04/2008) |
| 09/04/2008 | | (Court only) ***Civil Case Terminated. (gba, COURT STAFF) (Filed on 9/4/2008) (Entered: 09/05/2008) |
| 09/05/2008 | 22 | CLERK'S NOTICE: Certified copy of Remand Order and Docket Sheet sent to Commissioner of Social Security. (gba, COURT STAFF) (Filed on 9/5/2008) (Entered: 09/05/2008) |