<div style="writing-mode: vertical">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARCIA, | No. C-07-05469 JCS |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant._____/ | |

On September 4, 2008, the Court granted Plaintiff's summary judgment motion, denied Defendant's summary judgment motion and ordered remand of this case to Defendant Commissioner under sentence four of 42 U.S.C. Section 405(g) for determination and award of benefits.

**JUDGMENT IS THEREFORE ENTERED IN FAVOR OF PLAINTIFF**, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: September 4, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge